IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25- |
| FATIMA DEMARIA | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 29th day of July, 2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

     v.     :     CRIMINAL NO. 25-

FATIMA DEMARIA     :

## MOTION FOR BENCH WARRANT

AND NOW, this 29th day of July, 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, Eileen Geiger, Assistant United States Attorney, and Sara Solow, Assistant United States Attorney, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Eileen C. Geiger*
Eileen C. Geiger
Assistant United States Attorney