

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Eileen Castilla Geiger*
*Direct Dial: (215) 861-8880*
*Facsimile: (215) 861- 8618*
*E-mail Address: Eileen.Geiger@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 30, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Fatima DeMaria
                Criminal No. 25-324

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on July 29, 2025.

      Very truly yours,

      DAVID METCALF
      United States Attorney

      */s/ Eileen Castilla Geiger*
      EILEEN CASTILLA GEIGER
      Assistant United States Attorney