IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-324 |
| FATIMA DeMARIA | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY


 /s/  Sara A. Solow
SARA A. SOLOW
Assistant United States Attorney