AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Pennsylvania

United States of America
v.

FATIMA DEMARIA

*Defendant*

Case No. 25-324

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FATIMA DEMARIA,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1546(a) AND 2 - ASYLUM FRAUD, AIDING AND ABETTING

18:1341 AND 2 - MAIL FRAUD, AIDING AND ABETTING

Date: 07/29/2025

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07/29/2025, and the person was arrested on *(date)* 07/30/2025
at *(city and state)* OXFORD, PA.

Date: 07/30/2025

Kenneth Campbell
*Arresting officer's signature*

Kenneth L. Campbell, Special Agent
*Printed name and title*